**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**UNITED STATES OF AMERICA**

v.  2:06CR153

**JOHN TOLULOPE,**

      **Defendant.**

## REPORT AND RECOMMENDATION
## CONCERNING GUILTY PLEA

Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty plea to conspiracy to possess and distribute more than one kilogram of heroin and more than five kilograms of cocaine, in violation of 21 U.S.C. §§ 846; 841(a)(1) and (b)(1)(A). Defendant is also charged with conspiracy to launder monetary instruments (Count 2), and laundering of monetary instruments (Counts 3 through 8), in violation of 18 U.S.C. §§ 1957(h); 1956(a)(2)(A). Defendant understands that these charges will be dismissed upon acceptance of his guilty plea, and the United States confirmed defendant's understanding.

On April 6, 2007, defendant appeared before the Court for the purpose of entering his guilty plea. He was represented by appointed counsel, Robert B. Rigney, Esquire. Defendant was appropriate in appearance, responsive, and competently prepared for the hearing. He answered all questions put to him in clear and concise language. On those occasions when he had a question, defendant consulted with counsel and then promptly answered. Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his

position. At the close of the proceeding, defendant was remanded to the custody of the United States Marshal, pending completion of a presentence report.

Defendant is thirty-seven years of age, has a Bachelor's Degree in Business Administration, and speaks English as his primary language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered the guilty plea pursuant to a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his plea accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offenses charged are supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an

aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                                            /s/
                                        **James E. Bradberry**
                                        **United States Magistrate Judge**

**Norfolk, Virginia**

   **April 9**      **, 2007**

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

    Robert B. Rigney, Esquire
    Protogyrou & Rigney, P.L.C.
    215 East City Hall Ave.
    Monticello Arcade
    Norfolk, VA 23510

    Darryl Mitchell, Esquire
    Assistant United States Attorney
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, VA 23510

                                Fernando Galindo, Acting Clerk

                                By _____
                                               Deputy Clerk

                                _____, 2007